# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GRUPO FAMSA, S.A. DE C.V., A MEXICAN CORPORATION, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ROB BARE, DISTRICT JUDGE, Respondents, and B.E. UNO, LLC, A NEVADA LIMITED LIABILITY COMPANY, Real Party in Interest. | No. 69119 **FILED** APR 2 1 2016 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY_____ CHIEF DEPUTY CLERK |

## *ORDER GRANTING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for writ of mandamus challenging a district court order requiring a supersedeas bond.

Grupo Famsa, S.A. de C.V. (Grupo) challenges the district court's order fixing a supersedeas bond in the amount of $1,000,000 in connection with a temporary stay pending resolution of its writ petition in Docket No. 68626. As the issuance of a bond is not required by rule or statute, but lies within the discretion of the trial court, we review the district court's decision to fix a bond for an abuse of discretion. *See* NRAP 8(a)(2)(E); *see also Bowler v. Leonard*, 70 Nev. 370, 386, 269 P.2d 833, 840-41 (1954).

We hold that the district court abused its discretion in fixing the $1,000,000 supersedeas bond. The bond was premised on a judgment

16-12418

in an earlier action to which Grupo was not a party. Although it appears Grupo may have contractually guaranteed satisfaction of that judgment, Grupo's liability has not been adjudicated and, in this instance, the supersedeas bond serves as a procedurally improper pre-judgment writ of attachment. *See* NRS 31.010-31.235. Accordingly, we

ORDER the petition GRANTED AND DIRECT THE CLERK OF THIS COURT TO ISSUE A WRIT OF MANDAMUS instructing the district court to vacate its order fixing the supersedeas bond.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Rob Bare, District Judge
       Fennemore Craig Jones Vargas/Las Vegas
       Levinson Arshonsky & Kurtz, LLP
       Goold Patterson
       Eighth Judicial District Court Clerk

